# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

CARL E. WATSON I,

Appellant/Plaintiff,

v.

KRIS KOBACH
ATTORNEY GENERAL,
and
DEPARTMENT OF REVENUE,
Appellees/Defendants.

Case No. 26-3109

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:  Kris Kobach, Attorney General

_____Appellee/Respondent_____, in the above-captioned case(s).

<table>
<tr><td>__James Eric Todd_____<br>Name of Counsel</td><td>_____<br>Name of Counsel</td></tr>
<tr><td>_/s/ <em>James Eric Todd</em>____<br>Signature of Counsel</td><td>_____<br>Signature of Counsel</td></tr>
<tr><td>120 SW 10th Ave.<br>Topeka, KS 66612<br>_785-291-3988_____<br>Mailing Address and Telephone Number</td><td>_____<br>Mailing Address and Telephone Number</td></tr>
<tr><td>_James.Todd@ag.ks.gov____<br>E-Mail Address</td><td>_____<br>E-Mail Address</td></tr>
</table>

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_June 11, 2026_____
Date

__/s/ *James Eric Todd*_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On _June 11, 2026_ I sent a copy of this Entry of Appearance Form to:

Carl E. Watson, I

At      7130 W Maple Street, Suite 230
PMB 241
Wichita, KS 67209 the last known address, by U.S. Mail Postage Pre-Paid.

_June 11, 2026_____
Date

__/s/ James Eric Todd_____
Signature