UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

CARL E. WATSON I,

Appellant/Plaintiff,

v.

KRIS KOBACH
ATTORNEY GENERAL,
and
DEPARTMENT OF REVENUE,
Appellees/Defendants.

Case No. 26-3109

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:  Kris Kobach, Attorney General

_____Appellee/Respondent_____, in the above-captioned case(s).

__James Eric Todd_____
Name of Counsel

___/s/ *James Eric Todd*_____
Signature of Counsel

120 SW 10th Ave.
Topeka, KS 66612
_785-291-3988_____
Mailing Address and Telephone Number

_James.Todd@ag.ks.gov_____
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_June 11, 2026_____
Date

__/s/ *James Eric Todd*_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On __June 11, 2026____ I sent a copy of this Entry of Appearance Form to:

Carl E. Watson, I

At 7130 W Maple Street, Suite 230
PMB 241
Wichita, KS 67209 the last known address, by U.S. Mail Postage Pre-Paid.

_June 11, 2026_____
Date

__/s/ James Eric Todd_____
Signature